UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 09-60589-CIV-JORDAN

| | |
|---|---|
| OFFICIAL CREDITOR'S COMMITTEE, | ) |
| Appellant, | ) |
| vs. | ) |
| CITICORP NORTH AMERICA, INC., | ) |
| Appellee | ) |

### ORDER

Judge Gold recently filed an opinion and order in the related bankruptcy appeals styled *Senior Transeastern Lenders v. Official Committee of Unsecured Creditors*, Case Nos. 10-cv-60017 [D.E. 131], 10-cv-61478 [D.E. 23], 10-cv-62032 [D.E. 15], 10-cv-62035 [D.E. 15]; and 10-cv-62037 [D.E. 13]. Each party, intervenor, and amicus curiae in this appeal has until March 15, 2011 to file a supplemental brief, of no more than 15 pages, explaining how Judge Gold's opinion and reasoning, if adhered to, affects the issues in the case.

The parties, intervenors, and amici curiae are not to argue whether Judge Gold's ruling is correct but instead are to assume the ruling is correct.

DONE and ORDERED in chambers in Miami, Florida, this 15th day of February, 2011.

_____
Adalberto Jordan
United States District Judge

Copy to:     All counsel of record